**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 24-CR-80074-DMM**

**UNITED STATES OF AMERICA,**

     Plaintiff,

**vs.**

**JUSTIN BLAIR and**
**TREVOR BLAIR,**

     Defendants.

_____/

### NOTICE OF FILING CHARACTER REFERENCE LETTERS

     **NOTICE IS HEREBY GIVEN** that Defendant, **TREVOR BLAIR,** by and through his

undersigned attorney, hereby files his character reference letters

                               Respectfully submitted,

                               CHRISTOPHER A. HADDAD
                               Attorney for Defendant, Justin Blair
                               319 Clematis Street, Suite 812
                               West Palm Beach, FL   33401
                               chris@chrishaddad.com
                               (561) 832-1126

                               By: */s/ Christopher A. Haddad*
                               CHRISTOPHER A. HADDAD
                               Florida Bar No. 0879592

### CERTIFICATE OF SERVICE

     I hereby certify that on February 24, 2025, I served the foregoing document on all counsel

of record by filing the document with the Clerk of the Court via ECF.

                               CHRISTOPHER A. HADDAD
                               Attorney for Defendant, Justin Blair
                               319 Clematis Street, Suite 812

1

West Palm Beach, FL   33401
chris@chrishaddad.com
(561) 832-1126

By:  */s/ Christopher A. Haddad*
CHRISTOPHER A. HADDAD
Florida Bar No. 0879592

To the honorable Court,

My name is Tyler Kent. I am 47 years old, a local business owner, and a family friend of Justin Blair. I'm writing this letter on his behalf to speak on his character as a friend, man, and new father. I've known Justin for many years and throughout this time he has been a great person to me and my family. He is always there to help or lend a hand at a moment's notice, no questions asked.  Justin has always been a hard worker and very valuable to any endeavor he puts his mind to. I've seen this firsthand when he came to work with me for a while over the last year. He was always dependable and as I mentioned very hardworking, picked up on things very quickly and made himself an asset to the company immediately. Once he can get through his current situation, Justin has an open door to work with me always. Aside from this I would like to tell you how valuable he is as a new father and husband. He is the sole provider for his family and takes a great deal of pride in that. It is great to see him embrace his faith and participating in events at the church. Helping with the kids and just doing his best to make a positive impact on anyone he meets. If he is given the chance to continue down this path I am excited to watch his growth in these roles because he will only get better. I would also like to mention how remorseful Justin is for this situation he is currently in; he has confided in me numerous times about how much this has affected his entire family, and he is working tirelessly to make things right. In closing Your honor I would just like to say I know you have probably read hundreds of these letters over the course of your career, and I know everyone had different circumstances, but in Justin's case I respectfully hope he is able to get a chance to stay with his family, be a productive member of society, and to continue to be a great dad to his new daughter. As well as a great son, brother and friend to the rest of us. I've never written a letter like this, so I certainly hope I get across how much we all appreciate Justin, what a good person he is, and how much faith we have in him to do great moving forward. Thank you again for taking the time to read my letter, it's greatly appreciated.

Sincerely,

Tyler Kent

Boca Raton, Fl.

To the Honorable court and Judge

This letter is on behalf of Justin Blair

My name is Thomas James, I'm 35 years old. I have a wife, 2 amazing kids and a house in Coral Springs. I am an elevator technician I worked my way up in my profession over the years and now I am the owner of my very own elevator company. Through all of my ups and downs in my life, I have always had one friend who I could count on no matter what. There to celebrate triumphs and high points but more importantly always there to lean on during difficult times. Justin Blair is one of my oldest friends in the world and I will always see him as a brother. I've known Justin and the Blair family since I was 11 years old. He was my best friend growing up and our families lived in the same neighborhood for 10 years. He has incredible parents who have raised him the right way. His father taught him hard work and responsibilities, and his mother taught him to be a good person and to have Faith.

Justin is a devoted family man who attends church every Sunday with his family for as long as I could remember. This commitment to his faith and community is a testament to the values he was taught growing up.

He introduced me to my wife 16 years ago and is the reason I have my family. Justin and my wife Kristen attended Fort Lauderdale Christian high school together. He is also the Godfather to my daughter and a great uncle all around. We have been through a lot together as friends. We've gone Through school, played sports together, gone from teens to adults and now are fathers and husbands. I've seen Justin go through all different phases of life, He is not perfect and has made his share of mistakes but I know him and he is a great person. He is one of the most loyal, driven, courageous and generous people I know. His parents who I know well raised him to have Faith in God to be kind, polite, and respectful which everyone who knows him can attest to.

As someone who has experienced the stability and fulfillment that comes from a meaningful career, I am confident that I could help Justin transition into the elevator industry, where he would undoubtedly excel. It's an amazing career with opportunities for growth and success, and I believe Justin's strong work ethic and determination would make him a valuable asset to the field. Now they he has a family of his own it is the perfect time for him to join my union for the benefits as well. Ever since he met his wife, he has been happier than I've ever seen him. She has truly been a blessing and such a positive impact on his life.

After knowing him for 25 years I can honestly say I've seen such an incredible change in him and all of his best qualities have really been able to shine through especially now with his daughter Jasmine in his life. His love for her is unconditional and he will be an incredible dad for her. He has spent every second with jasmine since her birth, cherishing every moment and praying he isn't taken away from.

Itruly believe that sending him away would only set back all the amazing progress he's made in his life and would not only have a negative impact on him, but also on the family he has now started. Please find it in your heart to be lenient in your judgment of Justin. Allow him the opportunity to continue being a positive influence in his daughter's life, and to further grow alongside his family and community. Thank you for taking the time to consider my words and for your dedication to justice.

Sincerely,


Thomas James

February 21, 2025

I am writing today to attest to the character and person that I know Justin Blair to be. I have had the opportunity to know Justin for more than half my life. During those years I've been able to witness a lot of the ups and downs that life has sent his way. The pathway that we take in life sometimes comes with bumps and turns, and although Justin has experienced a few of these along the way, I know that overall his goal was always to improve in life.

I got to meet Justin working out at the local gym. I needed a spotter and seeing him there regularly gave me the initial impression that he was someone that could be counted on. Over time we built a stronger friendship while helping each other improve physically. I learned a lot about coming up with a goal and sticking to it from working out with Justin in the gym. During that time we also got to talking about life goals. During those conversations stocks and investing came up. Because I was already experienced in this area I was able to show Justin the ropes. Something that was impressive to me was how quickly he picked it up. It was not long before he was showing me ideas he had and giving me tips on areas that I would have never even thought to look into.

Justin is one of the most dedicated and loyal people that I know. I have been able to witness him, on more than one occasion, set goals, develop a plan of action, and then accomplish those goals. There is no doubt in my mind that going forward, when new expectations are placed upon him he will not only accomplish but exceed them. I have even more confidence in this as I have also recently been able to witness Justin as a new dad. The love and dedication that I've seen grow in him since the birth of his daughter comes from the seed that can only be planted by the birth of a child. There is absolutely ZERO doubt in my mind that the path that Justin will forge going forward will be one that he will make knowing his little one will be watching and following.

Justin is a good man, and I personally believe that given the arrival of his daughter, and the current outlook on life that I know he has, the great qualities of him will only continue to shine through more and more. His wife and new daughter will benefit tremendously from the love and support that he will provide to them. I look forward to getting to continue to see him thrive in that role. I hope that he can get settled into that as quickly as possible so that all that he has learned in life can be used to mold his family for the better.

Sincerely,
Zachary Trider

Dear Judge Middlebrooks,

I am Justin Blair's Uncle Teague ,I've known Justin since my sister ,his mother was pregnant . I've lived with their family for several years and have been with them for countless dinners and holidays ,since I live in Boca Raton a few miles from them. Both Justin and Trevor his brother have always been young men who love the Lord and always put God and family at the forefront of their lives. Although I am unfamiliar with the details of this situation , I am very familiar with them and their character . They are young men of Godly character and are a benefit to our society , which is needed in these times . I'm certain that given an opportunity to prove that to you and their family, they will surely be successful.

Judge Middlebrooks I appeal to your discernment to see these young men ,who can use another chance, to continue their lives toward  a  bright future.

Sincerely Teague D. Gallagher

Dear Honorable Judge,

Justin Blair is my daughter's husband, and I have known him since they began living together. He has consistently shown himself to be a caring, loving, and good man. He always supports my daughter and demonstrates the best qualities, especially in his relationship with her children from her first marriage. The marriage ended when her husband died in a Florida hospital. Justin remarkably helps them feel comfortable during this difficult time following the death of their father and the separation from their mother.

Additionally, Justin is committed to helping the children reconnect with their mother with plans to adopt them in the future so that they can grow up in a complete family in the USA. He provides emotional support for the children and serves as an important male figure in their lives, loving their Mom and practically stepping in as a father.

My daughter Mila and Justin share a beautiful and deep bond rooted in love and mutual respect. Their relationship is built on a foundation of understanding, as they both cherish the importance of family and the well-being of the children. Mila admires Justin's dedication to fostering a nurturing environment for the kids, and his willingness to step into a fatherly role speaks volumes about his character. We have seen his dedication to Jasmin Blair who came into this world Janaury 29th, 2025.  Justin and Mila using FaceTime are building the foundation of a family for the children in Ukraine and their sister in Florida.

As they envision their future together, their plans revolve around creating a stable and loving home where the children feel secure and supported. Justin's dream of adopting the children reflects not only his commitment to them but also his desire to build a united family with Mila. They often engage in discussions about their hopes for the future, dreaming of family trips, shared traditions, and a home filled with laughter and love.

Mila appreciates Justin's emotional support during challenging times, as he helps her navigate the complexities of parenting while also being a strong partner. Together, they strive to instill values of compassion and resilience in the children, ensuring they grow up with a sense of belonging. Their plans for the future are filled with optimism, as they look forward to strengthening their family bonds and creating lasting memories as a complete family unit.

Sincerely,

Head of Public Policy
Department Reserves and protection of critical infrastructure Department of Security and Defense Economics of the Ministry Economy of Ukraine

Kosenko Yuliia

To whom it may concern,

My name is Elliott Bartlett and I serve as a local Youth Pastor at Hope For All Nations Church in Tamarac Florida. Justin Blair has been a lifelong friend of mine, since meeting in the 5th grade at Calvary Christian Academy, in the year 2000.

Without a doubt, Justin has a heart to pursue greatness. He and I would challenge one another in sports, social settings, spiritually, and the like. Most of the time for our betterment and improvement,  if I'm honest, sometimes to our fault.  But nonetheless, we understood that God has called us beyond the status quo.

Justin and I are alike in that we will never settle for average, we simply can not. I know Justin has walked down some dark alleys, some crooked paths, the valley of the shadow of death if you will. And He will carry with him the scars those places left, and the lessons imprinted within his mind and heart. I trust those scars, mental, emotional, and physical, will serve Justin as a reminder to remain on the straight and narrow path, honoring God, and this new life he has been blessed with as a father and husband.

Justin has an incredible family, his mother Patrice is a lifelong friend of our family, his father Thomas, and Trevor. I know they have been there as a support system for him, and will continue in his time of need. Justin needs people to believe in him, that he can make it in this world, through humbling himself, submitting to the authority of God, and the governing powers  of society.

Over the years Justin has joined in serving our neighborhood ministry, reaching out to families in the neighborhood through sports and community events. I know he has a compassionate heart for kids, and is currently working to get his wife's kids back from Ukraine. Justin is connected to a church community now and developing in his faith.

Sure, Justin is going to make many more mistakes along the way. However, I believe he has learned to govern his wild spirit and set boundaries on where he allows himself to go, who he allows into his life, thoughts that enter into his mind, and so forth..

I hope this letter serves to give insight to a man who is willing to do right and whatever it takes to remain on the right track and honor the Lord, his family, and his community. Justin is a mighty force for good, and I am blessed to be his friend, through the ups and the downs, and believe his life will stand as a testimony of the Grace of God, and power of restoration.

*Pastor Elliott Bartlett*

Dear Honorable Judge Middlebrooks,

I am writing this letter on behalf of my dear friend, Justin Blair, whom I have had the privilege of knowing for over 20 years. Throughout the years, I have come to know Justin as not only a loyal and dependable friend but also a devoted father, a man of faith, and someone who strives to do what is right, even when he faces challenges.

I have also had the pleasure of knowing Justin's family, and I can confidently say they are God-fearing people who have always instilled strong moral values in their children. Justin himself is a man who deeply values faith, family, and integrity. Though, like all of us, he is not perfect and has made mistakes, I can wholeheartedly attest that he is not a bad person. He is someone who acknowledges his faults and works hard to better himself, particularly for the sake of his child, whom he loves dearly.

Justin has always shown responsibility and care in his role as a father, ensuring that his child knows they are loved and supported. He is actively involved in their life, offering guidance, encouragement, and a sense of security. I truly believe that his heart is in the right place, and I have no doubt that he wants nothing more than to be the best version of himself for his family and his community.

I humbly ask this Court to show leniency and mercy in Justin's case. I sincerely believe that he is capable of learning from this situation and growing into an even better person. He is not someone who takes his responsibilities lightly, and he understands the importance of making positive changes. If given the opportunity, I know he will continue to strive toward being the man he was raised to be—one of integrity, faith, and love for his family.

Thank you for your time and consideration. I trust that you will take into account Justin's true character and the potential he has to move forward in a positive direction.

Sincerely,
Vladimir Augustin

Dear Judge Middlebrooks,

I met Justin during a very difficult period in my life, I had left my country, lost our home and was separated from my entire family because of the war in Ukraine. I moved to the United States in 2021 with my husband and two children. I suffered from domestic violence by my husband for years until he suffered a massive heart attack and died in the hospital. I was  completely alone without any support and was forced to return my children to the care of my Mother and Father in Ukraine. Allowing me to manage the documents of his death of my husband, sell our home and belongings, resign from my job, file new immigration documents as a widow and return myself to Ukraine.

During these difficult months order to improve my life and to provide for and re-enter my children back to the United States took over a year. During this time I met Justin who as a friend, supported me emotionally and  financially if needed. We grew close and realized a deeper love for one another.  Justin showed himself as a responsible, purposeful and caring man, he bonded with my children and patents.  We fell in love and began planning a future together. Justin worked diligently collecting the necessary documents to marry, to adopt my children all while supporting my fragile emotional state. We integrated our lives together, married, settled at our TC church home, met with immigration services to secure my status, my children's return and begin our love life. GOD blessed us with a child with a February, 2025 due date that curtailed my travels back to Ukraine. Since our daughters birth January 29, 2025 combined with the complications of Justin legal case I have not been working and my mental health condition has increased.

It is my belief Judge Middlebrooks that you can provide us help by keeping Justin home with his family now my two children from Ukraine and our daughter together ensuring all of us can be safe, healthy  and loved, I also want to note that Justin is a wonderful and caring father who is 100% involved in the life of our newborn child, he took on most of the care for our daughter so that I could recover and relax based on my moral state in connection with all the troubles that fell on my shoulders, Justin devotes all his free time to our daughter

On behalf of my children, my Ukraine parents and those we help thank you for your consideration of our request.

Mrs. Mila Blair

I, Makvala Omelyanenko, want to give a description to Justin Blair, 35 years old, a U.S. citizen, who is the husband of my close friend Lyudmila Gololobova. He plays an important role in my family's life and has become a really close person to us.

Justin has exceptional human qualities. First of all, he is a very kind, sensitive and attentive person. He always sincerely cares about the well-being of others and is ready to help in any situation. His kindness is manifested not only in words, but also in actions: he always supports us, helps me with children, pays them a lot of attention and care.

In addition, he is incredibly decent, honest and responsible. He can be trusted with absolutely everything, and I am 100% sure of his reliability. That's why he became the godfather of my eldest son Sergey Omelyanenko. Justin takes an active part in his upbringing, instills in him the right life values, love for sports, teaches him to be purposeful and disciplined.

He is also distinguished by hard work, patience and respect for others. In any circumstances, he behaves with dignity, shows endurance and tact, knows how to find a common language with both adults and children. He is always polite, attentive to details, respects the opinion of other people and is ready to help without unnecessary words.

Justin plays an important role in my family's life. He regularly helps me with children, accompanies them to trainings, competitions, provides support in study and leisure. In addition, he provides significant assistance in everyday matters, is always ready to lend a shoulder if you need help in something.

His kindness, honesty and responsiveness make him a person who can be trusted without a doubt. At my children's school, he is registered as a contact person in case of emergency, which once again emphasizes the level of trust in him and his responsibility.

I can say with full confidence that Justin is a man with high moral principles who deserves the best attitude and respect. He has become not just a friend for us, but a real member of the family, and I am infinitely grateful to him for all the care, support and attention he gives us.

I hope this letter finds you well. I am writing to express my strong belief in the character and determination of Justin Blair. In my experience, Justin has consistently demonstrated qualities that make him an exceptional person and a steadfast supporter of his family, particularly in these challenging times.

Justin's dedication to becoming the best version of himself is truly inspiring. He understands the importance of personal growth and strives to be a positive influence not only in his own life but also in the lives of those around him. His unwavering commitment to self-improvement reflects his profound understanding of the responsibilities he holds as a husband and father.

The impact of war on his wife, Mila, has been heartbreaking. As she navigates the tragic separation from her children, who remain in a war zone, Justin has been a pillar of strength for her. The recent addition of their newborn daughter, Jasmine, has added another layer of complexity to their situation. Despite the overwhelming challenges, Justin has stepped up to ensure that Mila is supported emotionally and practically. His love and care for her and their children are evident in every action he takes, making it possible for Mila to manage the overwhelming responsibilities of motherhood during such a tumultuous time.

Justin is not only deeply committed to his own personal growth, but he also exemplifies what it means to be a great father. He actively participates in Jasmine's care, ensuring that she receives all the love, attention, and nurturing that a newborn needs. From late-night feedings to comforting her when she cries, Justin's hands-on approach demonstrates his commitment to being a present and involved father.

Moreover, Justin's support for Mila during this incredibly difficult time cannot be overstated. With the weight of separation from their older children, Mila faces unimaginable challenges. Justin steps in to help her navigate these hardships, providing emotional support and practical assistance. Whether it's managing household responsibilities or simply being a shoulder to lean on, Justin's unwavering presence makes a significant difference in Mila's life.

The bond they share is evident in the way Justin interacts with both Mila and Jasmine. He approaches parenting with patience and love, creating a nurturing environment that allows Mila to focus on caring for their newborn while managing her feelings of separation from their other children. His ability to maintain this loving atmosphere, despite the chaos surrounding them, speaks volumes about his character.

In conclusion, I wholeheartedly believe that Justin Blair is an exceptional individual whose dedication to his family shines through in every aspect of his life. His commitment to being a loving father to Jasmine and a supportive partner to Mila is a testament to his strength and character.


Sincerely,


Olena Chuienko