UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 2024-CR-80074**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| TREVOR BLAIR, | ) |
|     Defendant. | ) |
| | ) |

**MOTION TO CONTINUE**

COMES NOW, the Defendant, TREVOR BLAIR, by and through his undersigned counsel and respectfully requests this court grant a continuance in this matter, and as grounds therefore would state:

1. A sentencing hearing in this matter is presently schedule for February 26, 2025

2. Undersigned counsel has a scheduling conflict as currently he has a trial in Broward County case State v. Rangel Algarin, case no.: 18011499CF10A in front of Judge F. Ledee, therefore, unable to be present at the sentencing hearing for his client, Trevor Blair.

3. On February 25, 2025, undersigned counsel contacted AUSA Ralf Owen Dunn on his position on the motion, and he has not heard from him at the time of filing of this motion.

**WHEREFORE**, the Defendant, TREVOR BLAIR, respectfully requests that this Court grant the Motion to Continue his sentencing hearing.

*[Certificate of Service on the following page]*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 25, 2025, I served and filed the foregoing document with the Clerk of the Court via CM/ECF.

By: **/S/ Christopher A. Grillo**
Christopher A. Grillo, Esq.
Attorney for Respondent
One East Broward Boulevard
Suite 700
Fort Lauderdale, FL 33301
Tel: (954) 524-1125
Email: chrisgrilloatty@aol.com
FLORIDA BAR NO.: 302661